**STATE of Missouri, Respondent,**

v.

**Gary J. WILKINSON, Appellant.**

**No. WD 38751.**

Missouri Court of Appeals,
Western District.

April 21, 1987.

Gary J. Wilkinson, in pro. per.

Syd Weybrew, Pros. Atty., Gallatin, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from conviction of a misdemeanor for operating a motor vehicle without a valid license, § 302.020, RSMo 1986, and assessment of $62.00 fine.

Affirmed. Rule 30.25(b).